UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RUBEN MERAZ TRUJILLO,<br><br>　　　　　　　　Defendant. | No. CR-13-2109-FVS-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒　Motion Denied<br>　　**(ECF No. 115)**<br><br>☐　Action Required |

Date of bail review hearing: 11/04/2013

☒　Insufficient information presented to reasonably assure Defendant's future appearance.

☒　There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

　　**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 115) is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

　　DATED November 4, 2013.

　　　　　　　　　　　　s/James P. Hutton
　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1