UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RUBEN MERAZ TRUJILLO,<br><br>                Defendant. | No. 2:13-CR-2109-FVS-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDTIONS<br><br>☐   ACTION REQUIRED |

     Before the court is Defendant's Motion to Modify Conditions of Release. Defendant moved to reduce the percentage bond from $50,000 to $10,000. Argument from counsel was heard.

     The court **GRANTED** Defendant's Motion to Modify Release Conditions **(Ct. Rec. 267)** and reduced Defendant's percentage bond to $20,000. The $50,000 percentage bond is exonerated and the $5,000 posted by Defendant's brother, Hector Trujillo, shall be returned to him.

     All other release conditions remain in full effect.

     IT IS SO ORDERED.

     DATED March 21, 2014.


                                                  _s/James P. Hutton
                                                 JAMES P. HUTTON
                                 UNITED STATES MAGISTRATE JUDGE

ORDER